| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**          **Sierra Bonita Young, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)          **99-2121182**

**4. Debtor's address**

**Principal place of business**

**12937 Shasta Drive**
**Rancho Cucamonga, CA 91739**
Number, Street, City, State & ZIP Code

**San Bernardino**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **Sierra Bonita Young, LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

Debtor **Sierra Bonita Young, LLC**     Case number (*if known*) _____
    Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**
*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
      Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**
*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **Sierra Bonita Young, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Sierra Bonita Young, LLC**_____    Case number (if known) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 25, 2024**
                  MM / DD / YYYY

X _/s/ Caylee M. Young_____    **Caylee M. Young**
  Signature of authorized representative of debtor    Printed name

Title  **Manager**

---

**18. Signature of attorney**

X  _/s/ Craig G. Margulies_____    Date **March 25, 2024**
  Signature of attorney for debtor          MM / DD / YYYY

**Craig G. Margulies, Esq.**
Printed name

**Margulies Faith LLP**
Firm name

**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone  **(818) 705-2777**    Email address  **Craig@MarguliesFaithLaw.com**

**185925 CA**
Bar number and State

Debtor  **Sierra Bonita Young, LLC**                                                          Case number (*if known*)
         Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **14963 Sierra Bonita Lane, LLC** | | Relationship to you | | **Co-Owner** |
| District | **Central District of California, Riverside Division** | When | Case number, if known | | |
| Debtor | **Gustavo W. Theisen** | | Relationship to you | | **Co-Owner** |
| District | **Central District of California, Riverside Division** | When | Case number, if known | | |
| Debtor | **Sierra Bonita Theisen, LLC** | | Relationship to you | | **Former Co-Owner** |
| District | **Central District of California, Riverside Division** | When | Case number, if known | | |

Fill in this information to identify the case:

Debtor name: **Sierra Bonita Young, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Preferred Bank** **Attn: John C. Stipanov, Senior VP** **18321 Venutura Boulevard** **Suite 100** **Tarzana, CA 91356** | | 14947 and 14963 Sierra Bonita Lane Chino, California 91710.* *This asset is cross-collateralized by two other real properties, which are not owned by the Debtor. Those properties are located at 14554 Valencia Avenue, Fontana, California 92335, and 8434-8444 Rochester Avenue, Rancho Cucamonga, California 91730. Both properties are solely owned and controlled by Gustavo Theisen and/or his separate entities. | **Contingent Unliquidated Disputed** | $7,400,000.00 | $7,125,000.00 | $275,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

14963 Sierra Bonita Lane, LLC
Gustavo W. Theisen, Managing Member
2618 San Miguel Drive, Unit 127
Newport Beach, CA 92660


14963 Sierra Bonita Lane, LLC
Barth Agency Services, Inc.
Attn: Shlomit Kofman, Agent for SOP
333 City Blvd West, Suite 2010
Orange, CA 92868


ARC Innovation, Inc.
14949 Sierra Bonita Lane
Chino, CA 91710


Beacon Default Management, Inc.
30101 Agoura Court
Suite 203
Agoura Hills, CA 91301


Columbia Steel, Inc.
Gustavo W. Theisen
Agent for Service of Process
2175 North Linden Avenue
Rialto, CA 92377


Dentons US LLP
Attn: John A. Moe II, Esq.
601 S. Figueroa Street
Suite 2500
Los Angeles, CA 90017


Dentons US LLP
Attn: Jess R. Bressi, Esq.
4675 MacArthur Court, Suite 1250
Newport Beach, CA 92660


Gustavo W. Theisen
2618 San Miguel Drive, Unit 127
Newport Beach, CA 92660

Gustavo W. Theisen 2010 Rev Trust
c/o Leonard Polyakov
Newmeyer & Dillion
895 Dove Street, 2nd Floor
Newport Beach, CA 92660


Gustavo W. Theisen Trustee of The
Gustavo W. Theisen 2010 Revocable
Trust dated February 25, 2010
2345 North 2nd Avenue
Upland, CA 91784


KNL Group, Inc.
Brent M. Melkesian
P.O. Box 7115
La Verne, CA 91750


Preferred Bank
Attn: John C. Stipanov, Senior VP
18321 Venutura Boulevard
Suite 100
Tarzana, CA 91356


Pro Kitchen Builders, Inc.
dba Pro Kitchen Cabinets
14947 Sierra Bonita Lane
Chino, CA 91710


Rising Star Motorcoach Int'l
14963 Sierra Bonita Lane
Chino, CA 91710


Sierra Bonita Theisen, LLC
Gustavo W. Theisen
Member and Agent for SOP
2345 N. 2nd Avenue
Upland, CA 91784


Theisen Steel, Inc.
Robert Reeder
Agent for Service of Process
623 Brigham Young Drive
Claremont, CA 91711

```
William & Caylee Young Co-Trustees
of the Young Family Trust
Attn: Caylee Young, Co-Trustee
12937 Shasta Drive
Rancho Cucamonga, CA 91739
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Craig G. Margulies, Esq.**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436**<br>**(818) 705-2777 Fax: (818) 705-3777**<br>California State Bar Number: **185925 CA**<br>**Craig@MarguliesFaithLaw.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Sierra Bonita Young, LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Craig G. Margulies, Esq.**_____, the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ■ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

   b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **March 25, 2024** | By: **/s/ Craig G. Margulies, Esq.** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Craig G. Margulies, Esq.** |
| | Printed name of Debtor, or attorney for Debtor |

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**William & Caylee Young, Co-Trustees**
**of the Young Family Trust**
**Attn: Caylee Young, Co-Trustee**
**12937 Shasta Drive**
**Rancho Cucamonga, CA 91739**

___

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                           **F 1007-4.CORP.OWNERSHIP.STMT**

**United States Bankruptcy Court**
**Central District of California - Riverside Division**

In re **Sierra Bonita Young, LLC** _____
Debtor(s)

Case No. _____
Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Caylee M. Young**, declare under penalty of perjury that I am the **Manager** of **Sierra Bonita Young**, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **25** day of **March**, 20 **24**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Caylee M. Young, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Caylee M. Young, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Caylee M. Young, Manager** of this Corporation is authorized and directed to employ **Craig G. Margulies, Esq.**, attorney and the law firm of **Margulies Faith LLP** to represent the corporation in such bankruptcy case."

Date **March 25, 2024** _____   Signed _**Caylee M. Young**_____
Caylee M. Young, Manager

**Resolution of Board of Directors**
of
**Sierra Bonita Young, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Caylee M. Young, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Caylee M. Young, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Caylee M. Young, Manager** of this Corporation is authorized and directed to employ **Craig G. Margulies, Esq.**, attorney and the law firm of **Margulies Faith LLP** to represent the corporation in such bankruptcy case.

Date March 25, 2024        Signed *Caylee M. Young*

Date _____        Signed _____